
AmenDed

**AMENDED COMPLAINT FOR EMPLOYMENT DISCRIMINATION UNDER THE AMERICANS WITH DISABILITIES ACT (ADA)**

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA HUNTSVILLE DIVISION

Tre L. Dobbins, Plaintiff, v. Hart & Cooley, LLC, Defendant.

Case No. 5:25-cv-00074-HNJ

---

AMENDED COMPLAINT FOR EMPLOYMENT DISCRIMINATION UNDER THE ADA

I. PARTIES

Plaintiff: Tre L. Dobbins, 2209 Evans Ave NW, Huntsville, AL 35810. Plaintiff is Deaf and wears hearing aids. Defendant: Hart & Cooley, LLC, doing business in Alabama through Elwood Staffing, 1541 Sparkman Dr NW, Huntsville, AL 35816.

---

II. JURISDICTION

This action arises under Title I of the Americans with Disabilities Act, 42 U.S.C. § 12112(a). Venue is proper in this District because the discriminatory acts occurred in Huntsville, Alabama.

---

III. FACTS

1. On February 28, 2024, Plaintiff applied through Elwood Staffing for a full-time Processor position paying $19 per hour with overtime. 2. Elwood submitted Plaintiff's application to Hart & Cooley on that date. 3. A few days later, Elwood informed Hart & Cooley that Plaintiff is Deaf and wears hearing aids. 4. An employee or agent of Hart & Cooley told Elwood that employing Plaintiff would "not be safe" due to forklifts, machinery, and fire safety. 5. On that basis, Hart & Cooley refused to hire Plaintiff. 6. Plaintiff was fully qualified for the Processor job and could perform all essential duties with reasonable accommodation such as visual or vibration alerts and written or text communication. 7. Hart & Cooley made no effort to discuss reasonable accommodation or to evaluate Plaintiff's ability to perform the job safely. 8. The refusal to hire was because of Plaintiff's disability and violated the Americans with Disabilities Act. 9. Plaintiff filed a charge with the EEOC, which issued a Right-to-Sue Letter on December 11, 2024. 10. Plaintiff filed this lawsuit on January 14, 2025. 11. Plaintiff issued a subpoena to Elwood Staffing, Inc. with a deadline of March 30, 2025, requesting all communications, documents, and records between Elwood and Hart & Cooley regarding Plaintiff's employment application and interactions. 12. Plaintiff is actively collecting this information and investigating the facts. 13. Plaintiff has also been seeking to retain an attorney to assist with his ADA case. 14. Plaintiff has not abandoned this case and continues to pursue his rights diligently while gathering evidence from Elwood Staffing. 15. Plaintiff remains fully committed to this litigation and intends to proceed with all filings and evidence submissions.

---

## IV. COUNT I – VIOLATION OF THE ADA (FAILURE TO HIRE / DISABILITY DISCRIMINATION)

Defendant Hart & Cooley, LLC discriminated against Plaintiff on the basis of disability by refusing to hire him because he is Deaf, and by failing to engage in an interactive process or provide reasonable accommodation, in violation of 42 U.S.C. § 12112(a) and (b).

---

## V. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. Declare that Defendant violated the Americans with Disabilities Act; 2. Award Plaintiff back pay, lost wages, and benefits from February 28, 2024, to the present; 3. Award compensatory damages for emotional distress, humiliation, and suffering; 4. Award punitive damages if the jury finds Defendant acted with reckless disregard of Plaintiff's rights; 5. Grant any other relief the Court and jury deem fair and just under the circumstances.

---

## VI. JURY DEMAND

Plaintiff requests a trial by jury on all issues so triable.

Respectfully submitted, November ___, 2025

/s/ Tre L. Dobbins Tre L. Dobbins, Plaintiff pro se 2209 Evans Ave NW Huntsville, AL 35810
Phone: (256) 203-3689 Email: Treddobbins22@gmail.com

---

## CERTIFICATE OF SERVICE

I certify that on November ___, 2025, I mailed or electronically sent a copy of this Amended Complaint to Defendant's counsel, Wesley Redmond and Susan Bullock, FordHarrison LLP, 420 20th Street North, Suite 2560, Birmingham, AL 35203.

/s/ Tre L. Dobbins